FILED by PRG D.C.

MAY 14 2012

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S. D. of FLA. – MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 10-23159-CIV-Williams/Turnoff

CHARLES MARTIN,

       Plaintiff

vs.

CREATIVE MANAGEMENT GROUP, INC., et.al.

       Defendants.

_____/

**MEDIATOR'S REPORT OF NO SETTLEMENT**

The undersigned Mediator reports to this Court as follows:

1. A Mediation Conference in the above captioned matter was held before LAWRENCE A. SAICHEK on May 10, 2012.

2. The parties were unable to reach an agreement.

This MEDIATOR'S REPORT OF CONTINUANCE is submitted this 11th day of May, 2012.

_____
LAWRENCE A. SAICHEK, Esq.
601 Brickell Key Drive Suite 505
Miami, FL 33131
(305) 577-3902

Florida Bar No.: 312223